FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 24 2012

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:07CR00207-02 JLH | |
| CEDRIC TRAVIS GAITHER | DEFENDANT |

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, October 24, 2012, for the scheduled hearing on the government's motion to revoke supervised release. Assistant United States Attorney Linda Lipe was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Nicole Lybrand. United States Probation Officer Dorahn Garman was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motion to revoke. Following statements from counsel and the defendant, the Court determined the motion to revoke should be GRANTED. Document #78.

IT IS THEREFORE ORDERED that defendant be sentenced to **TIME SERVED. Supervised release is reimposed and will expire on January 21, 2013. Restitution in the amount of $1,050 is reimposed.**

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 24th day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE